IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK, N.A.** | § | |
| | § | |
| | § | |
| v. | § | **CASE NO. 4:09-CV-281** |
| | § | |
| **POINTBANK, N.A.** | § | |

## MEMORANDUM OPINION AND ORDER

Now pending before the Court are the parties' cross-motions for summary judgment in this breach of contract claim arising out of an agreement to originate, sell, and purchase residential mortgages. The contract in dispute stipulated the terms of a mortgage origination and underwriting agreement between the parties, which are both financial institutions. The dispute involves nine mortgages issued pursuant to the parties' agreement.

Having considered the motions (Doc. Nos. 52, 57), the parties' briefing, and the applicable law, the motions are hereby DENIED. This Order has no impact on the parties' remaining dispositive motions.

**It is SO ORDERED.**

**SIGNED this 22nd day of September, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

Page **1** of **1**